[Nos. 29738-1-III; 29802-7-III.   Division Three.   November 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY FREDERIC FISCHER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DOROTHY LORRAINE JONES, *Appellant*.

Appeals from a judgment of the Superior Court for Benton County, No. 10-1-01042-8, Bruce A. Spanner, J., entered February 17, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 29908-2-III.   Division Three.   November 20, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARET J. GRINSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00088-1, Vic L. VanderSchoor, J., entered May 5, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30011-1-III.   Division Three.   November 20, 2012.]

*In the Matter of the Marriage of* STEPHEN P. HARRISON, *Appellant*, and KAREN L. HARRISON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-3-01077-1, C. James Lust, J., entered May 27, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Siddoway, JJ.